Date: 08/02/11                                                                                                                    Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 1008 Dated 08/02/11
Case Number 09-44772 - SKJELDESTAD, OLAV JONSON

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000002 | 125.00 | 1.33 |
| American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 000004 | 345.87 | 3.69 |
| ---------- Remittance Total ---------------- | | 470.87 | 5.02 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED 11 AUG -4 AM 9:34 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

COURT1                                                                                   Printed: 08/02/11 03:00 PM   Ver: 16.02b